December 17, 2021

Attn: The Absolute and
Honorable Circuit Judges
Jill Pryor and Julie Carnes
United States Circuit Court
Eleventh Circuit
56 Forsyth St. NW
Atlanta, Ga. 30303

Joseph Luis Levin, DC#J01866
Jefferson Correctional Institution
1050 Big Joe Road
Monticello, FL 32344

U.S.D.C. Case No.:
3:20-CV-1442-TJC-MCR

PROVIDED TO JEFFERSON C.I. DEC 16 2021 FOR MAILING RECEIVED BY

Re: Urgent Assistance Requesting The District Court To Rule
On Document 29 of case docket: All Writs Act,
28 U.S.C.A. 1615(a),(b)· Delayed Justice is Denied Justice

To The Honorable Superior Constitutional Officers,

   Pursuant to the Constitutional First, Fifth, and Fourteenth Amendments' access to the courts with Justice being delivered with sale, denial, or delay via the Equal Protection of Due Process of Law Clauses, 28 U.S.C.A. 1615(a),(b) All writs Act to exercise the authority of the courts to perform duties, and under Haines v. Kerner, 404 U.S. 519, 520 (1972) to liberally construe this filing, the Petitioner and Divine Messenger of the Ultimate Almighty Creator of All Existence, Joseph Luis Levin, Zaphnath-paaneah, JFR, requests this courts urgent assistance in the interest of the fair and proper expedience of Justice to receive a ruling from the United States District Court-Middle District of Florida, Jacksonville Division on Petitioner's document 29, Motion-Notice Titled- "Exigent-Urgent Notice of Truly Illegal And Unconstitutional Sentence filed October 18, 2021 pursuant to Houston v. Lack, 487 U.S. 266 (1988)

(·1·)

under Joseph Luis Levin v. Sec'y, Fla. Dep't of Corr., et al, U.S.D.C. Case No.: 3:20-cv-1442-TJC-MCR, so that he can proceed with his Reply brief due on January 13, 2021. In support Petitioner submits:

1. On October 18, 2021, the Petitioner filed a motion Titled "Exigent-Urgent Notice of Truly Illegal And Unconstitutional Sentence" located at Doc. 29 of U.S.D.C. Case No.: 3:20-cv-1442-TJC-MCR.

2. After waiting nearly two months for a ruling on the October, 18, 2021 filing the Petitioner filed an "Emergency Motion To Hear And Rule On Document 29 And Any-All Pending Motions on Docket Before Filing Mandamus dated December 3, 2021 filed pursuant to Houston v. Lack supra, stating that if the Petitioner did not receive a ruling he would file to this court on this 17 day of December 2021 requesting this superior court to compel the district court to rule.

3. In the State of Florida Courts there are time standards to receive a ruling so the Petitioner assumes there must be a federal law or rule that requires the same relief for a court to timely and efficiently rule on procedural motions without unnecessary delays. See, e.g., Fla. R. Gen. Prac. & Jud. Admin. 2.050(f); 2.215(f); and 2.250.(2021).

4. The Petitioner request as a matter of First, Fifth, and Fourteenth Amendment Clause rights, the duty be performed to rule on his pending motions so that he can proceed if need be with his Reply.

(2)

5. The Petitioner under Constitutional Right should not be required to file or pay any filing fees or costs, or proof of indigency to be afforded the duty to timely rule on his pending motions, inter alia, Document 29 as it is part of his active habeas case in the District Court and Justice under such should never have a cost or price attached under the Constitutional Articles and Amendments, esp. First Amendment and Article III and VI.

Affirmation

I Declare and Affirm the facts stated are true accurate and correct under the penalties of perjury notwithstanding. Fed. R. Evid. 43(d)(2021).

*Joseph Luis Levin*

Wherefore, the Petitioner request this court rule accordingly so that all his pending motions, inter alia Document 29 may be ruled upon allowing him to proceed with his Reply Brief due on January 13, 2021, if need be.

*Joseph Luis Levin, pro persona*

(3)

U.S. Court of Appeals - Eleventh Circuit
Certificate of Service

Joseph Luis Levin vs. U.S. District Court, MD. Fla.; Sec'y, Fla. Dep't of Corr., et al, Appeal No.: 21- FRAP 25(b) through (d) has hereby certified that the Petitioner on this 17 day of December 2021 has placed a true and correct copy of this Petition in the hands of a Jefferson Correctional Institution Official named Patricia Holt to be mailed by U.S. mail to: Circuit Judge Timothy J. Corrigan, and Magistrate Monte C. Richardson, of the Middle District of Florida, 300 N. Hogan St. Suite 9-150, Jacksonville, FL 32202 with the U.S.D.C. Clerk of Court at same address; Florida Attorney General, Ashley B. Moody, The Capitol, PL-01, Tallahassee, FL. 32399-1050; and Lance Eric Nett, General Counsel, 501 S. Calhoun, St., Tallahassee, FL 32399 and upon such placement is deemed filed on this 17 day of December 2021 pursuant to Houston v. Lack, 487 U.S. 266 (1988).

Constitutionally Requested and Served By,

JFLZ

Joseph Luis Levin, pro persona,
Petitioner, DC# J01866
Jefferson Correctional Institution
1050 Big Joe Road
Monticello, FL 32344

(4)