UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

JOSEPH LUIS LEVIN,

    Petitioner,

v.                                          Case No. 3:20-cv-1442-TJC-MCR

SECRETARY, FLORIDA DEPARTMENT
OF CORRECTIONS, et al.,

    Respondents.
_____

### **ORDER**

1.    Petitioner's Emergency Motion to Hear and Rule on Document 29 and Any-All Pending Motions on Docket Before Filing Mandamus (Doc. 34) is **GRANTED to the extent** that the Court advises Petitioner that all motions have been ruled upon. Petitioner titled Document 29 as a "Notice" rather than a motion. He is advised all requests for relief must be in the form of a motion, not a notice. Regardless, it is unclear from his filing (Doc. 29) what relief he seeks from this Court. As Petitioner was previously advised, in rendering a decision on the claims raised in the Petition, the Court will consider the Petition, Respondents' Response, and Petitioner's reply, if he chooses to file one. *See* Orders (Doc. 19, 33).

2.     Petitioner's letter to the Eleventh Circuit Judges (Doc. 35) is **STRICKEN**.

3.     Petitioner is again cautioned that "[t]he unwarranted designation of a motion as an emergency can result in a sanction." *See* Local Rule 3.01(e); *see also* Order (Doc. 15). Only filings that are true emergencies warranting an expedited review may be labeled as "Emergency." **The Court may strike any future filing that is marked an "Emergency" unless the filing presents a true emergency.**

**DONE AND ORDERED** at Jacksonville, Florida, this 12th day of January, 2022.

MONTE C. RICHARDSON
UNITED STATES MAGISTRATE JUDGE

caw/JAX-3 1/11
c:
Joseph Luis Levin, #J01866
Counsel of Record

2