FILED
2022 JAN 20 PM 12:00
CLERK, US DISTRICT COURT
MIDDLE DISTRICT OF FL
JACKSONVILLE FLORIDA

United States District Court
Middle District of Florida
Jacksonville Division

Joseph Luis Levin,
Petitioner, Yo-El,

Case No.: 3:20-CV-1442-TJC-MCR

v.

Sec'y, Fla. Dep't of Corr., et al.,
Respondent(s).

PROVIDED TO
JEFFERSON C.I.
JAN 03 2022
FOR MAILING
RECEIVED BY

## Motion To Supplement And/Or Expand The Record

Pursuant to Federal Rules of Civil Procedure and/or Rules Governing Section 2254 Cases to Supplement (Fed.R.Civil.P. 7) or Expand (Rule 7) the Record the Petitioner, pro persona, Divinely moves this court to afford the supplement and/or expansion of the record to support the Grounds and Rebuttals of the instant petition and attached Reply in this case, and in support submits:

1. All of the records attached in the accompanied Appendix either existed, and/or were before the State courts, one or more instances prior to this federal case, and involve pertinent material or proof to support one or more of the federal constitutional claims before this court presented by Petitioner's petition.

2. The records within the attached Appendices are the records the Petitioner wishes to supplement and/or expand the record with, which will make full proof of his claims without any need for an evidentiary hearing, inter alia, to allow this court "[t]he simplest way to decide [this] case [which] is often the best." Chambers v.

(1)

Bowersox, 157 F.3d 560, 564 n.4 (8th Cir. 1998)

3. Supplemental Appendix A contains documents of Evidence in support of Ground One proving that Dr. William Scott was the First to determine Petitioner suffer from Delusional Disorder prior to adjudication of Guilt and Sentence in this case under petition where Petitioner was later determined and adjudicated incompetent to proceed for the same mental illness. See also authentication letters in Supplemental Appendix A. at RA.13-14.

4. Supplemental Appendix B contains evidenced proof that as early as one month after arrest trial counsel documented the Petitioner began raising the double jeopardy challenges that counsel never raised, inter alia, that Petitioner at least three times before plea requested motions to be filed citing case law in re: double jeopardy violations exposure, yet out of the 20 times requested and raised, no counsel, court, or official has moved, raised, or corrected the D.J. constitutional violations of the petitioner's rights. See also authentication letters in Supplemental Appendix A. RA.13-14. (Double Jeopardy Grounds Two through Six).

5. Supplemental Appendix C contains evidence of self authenticating proof of the phantom number having conversations with the Petitioner refuting the State's theory that Petitioner was the one secretively on the other side of the communication, and that the actual victim's phone number was accessing the Kik account; FDS Global, Robert D. Moody, expert reports, in conjunction with the exculpatory DNA

(2)

evidence already provided to further the Petitioner's Actual Innocence Claim under Ground Seven. (Additional Evidence can be provided for the payment of $6,000.00 to this expert, including his new contact information of: Robert D. Moody, FDS-Global, 605 N. 21st Avenue, Hollywood, FL 33020 (954)727-1957. (Total Cost receipt of $6,000.00 paid in early 2016, can be provided upon request. (Circa, 2015, 2016)(for authentication purposes).

    Wherefore, the Petitioner moves this United States District Court to Grant Supplement And/or Expansion of the Record to include or expand the Record so that the court can see the full proven facts of the Petitioner's Constitutional Claims under his illegal detainment and Unconstitutional deprivations raised in the instant petitions, memorandum of law and Facts, inter alia Reply-Rebuttal to Respondent's response.

Filed pursuant to Fed. R. Evid. 43(d) and the aforementioned Rules and Law.

Constitutionally Requested,
X _____
Joseph Luis Levin, pro persona

(3)

Certificate of Service

I hereby Certify that a true and correct copy of the foregoing and attachments have been placed in the hands of a Jefferson Correctional Institution Official to be mailed by U.S. mail to: Office of the State Attorney General, The Capitol, PL-01, Tallahassee, FL 32399-1050, and upon such placement is deemed filed pursuant to Houston v. Lack, 487 U.S. 266 (1988) on this ____ day of December 2021.

"Constitutionally Served"

Joseph Luis Levin, pro persona
Jefferson C.I. DC# J01866
1050 Big Joe Road
Monticello, FL 32344

(4)